IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PODJO ROWE,

        Plaintiff,

vs.

NEBRASKA HIGHWAY PATROL, KYLE GAUNDREAULT, and ERIC ROSEMANN,

        Defendants.

**8:25CV141**

**MEMORANDUM AND ORDER**

On March 13, 2025, the Court ordered Plaintiff to file a signed copy of his Complaint, Filing No. 1, and either pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis by April 14, 2025, or face dismissal of this action. Filing No. 5. To date, Plaintiff has not filed a signed copy of his Complaint, paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 18th day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge